JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
OSCAR SALAZAR LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 08-561-EJG |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | |
| ORLANDO ISRAEL SALAZAR ) | |
| LOPEZ, et al., ) | Date: July 23, 2010 |
| ) | Time: 10:00 a.m. |
| Defendants. ) | Hon. Edward J. Garcia |
| _____ ) | |

Defendants Orlando Israel Salazar Lopez, Laura Plascencia Garcia, Bobby Wilkerson, Jr., Jose Leobardo Castro, Bruno Ramon Sanchez Yanez, and Jorge Ramos Rodelo, through their respective counsel, and the United States, through its counsel, hereby stipulate and request that the Court continue the status conference in the above-captioned case from June 18, 2010, to **July 23, 2010, at 10:00 a.m.**

All the listed defendants are charged in this case with conspiracy to distribute and possess with the intent to distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and 846, as well as other offenses.  The indictment is the result of a wiretap investigation. At an earlier status conference, the Court set a trial confirmation hearing on September 24, 2010 and a jury trial on October 25, 2010.  A status conference was set for a control date and is now scheduled for June 18, 2010.  Counsel are continuing to prepare

for trial and/or plea and do not believe a status conference on June 18, 2010 will be productive.  To date, not counting transcripts which are not bates stamped, defense counsel have received more than 3,100 pages of discovery, surveillance photos and videos, recorded meetings and phone calls with the undercover informant, and hundreds of recorded wiretap-intercepted phone calls.  The vast majority of recorded calls are in Spanish.  Counsel also estimates that there are well over 1,000 pages of transcripts.  Some counsel are also in the process of negotiation and anticipate a plea before or at the next requested status conference date.  Counsel believe a status conference on July 23, 2010 will be more appropriate and thus ask that the status conference be continued from June 18, 2010 to July 23, 2010.

At the last status conference, the Court made a finding that this case is "complex" and has excluded time under the Speedy Trial Act on this ground and for defense preparation through the trial date of October 25, 2010.  For the reasons set forth above, the parties stipulate and request that the Court continue to exclude time within which the trial must commence under the Speedy Trial Act through October 25, 2010, for defense preparation and complexity under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4).

Respectfully submitted,

Dated:  June 10, 2010

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
ORLANDO ISRAEL SALAZAR LOPEZ

Dated:  June 10, 2010

/s/ Krista Hart
KRISTA HART
Attorney for Defendant
LAURA PLASCENCIA GARCIA

2

Dated: June 10, 2010

/s/ Danny D. Brace, Jr.
DANNY D. BRACE, Jr.
Attorney for Defendant
BOBBY WILKERSON, JR.

Dated: June 10, 2010

/s/ Dwight M. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant
JOSE LEOBARDO CASTRO

Dated: June 10, 2010

/s/ Gilbert A. Roque
GILBERT A. ROQUE
Attorney for Defendant
BRUNO RAMON SANCHEZ YANEZ

Dated: June 10, 2010

/s/ Hector Cavazos, Jr.
HECTOR CAVAZOS, JR.
Attorney for Defendant
JORGE RAMOS RODELO

BENJAMIN WAGNER
U.S. Attorney

Dated: June 10, 2010

By:   /s/ Jill Marie Thomas
JILL MARIE THOMAS
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.**

Dated:   June 10, 2010

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA
U.S. District Judge

3