HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
ABRAHAM VALDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. Cr. S.2:15-cr-0059-DAD |
|---|---|---|
| Plaintiff, | ) | ORDER GRANTING EARLY TERMINATION OF SUPERVISION |
| v. | ) | |
| ABRAHAM VALDEZ | ) | _____ |
| Defendant. | ) | |

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby TERMINATES the term of supervised release imposed in this case and discharges Mr. VALDEZ for the reasons set forth in his pending Motion. The matter is dropped from the court's October 8, 2024, criminal calendar.

IT IS SO ORDERED.

Dated:  **October 3, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE