PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00561-WBS |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| ORLANDO SALAZAR-LOPEZ, et al., | |
| Defendants. | |

Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Indictment against Jose Raul Zarate Lopez, Erick Abraham Garcia Cardenas, and Juan Carlos Favela Castro is dismissed. Any pending warrants are recalled.

Dated: October 2, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE